UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| In Re:<br>Donald P. DiGiacomo | Case Number 21-11156-FJB<br>Chapter 13 |
|---|---|

**NOTICE OF APPEARANCE**
**AND REQUEST FOR SERVICE OF PAPERS**

Please take notice that the undersigned appears for **Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust** and pursuant to Bankruptcy Rules 9010(b) and 2002, requests that all notices and/or motions or pleadings of any kind given or required to be given in this case be given to and served upon Tracy A. Kish, Korde & Associates, P.C., 900 Chelmsford Street, Suite 3102, Lowell, MA.

Date:  April 21, 2022

    Respectfully submitted,
    Wilmington Savings Fund Society, FSB, d/b/a
    Christiana Trust, not individually but as trustee for
    Pretium Mortgage Acquisition Trust
    By its attorney,


    /s/ Tracy A. Kish
    Tracy A. Kish, Esquire
    BBO# 656918
    Korde & Associates, P.C.
    900 Chelmsford Street, Suite 3102
    Lowell, MA 01851
    Tel: (978) 256-1500
    bankruptcy@kordeassociates.com

18-031397 / BK01

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| In Re: | Case Number 21-11156-FJB |
| Donald P. DiGiacomo | Chapter 13 |

**CERTIFICATE OF SERVICE**

I, Tracy A. Kish, Attorney for **Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust** hereby certify that on April 21, 2022 I electronically filed the foregoing *Notice of Appearance* with the United States Bankruptcy Court for the District of Massachusetts using the CM/ECF System. I served the foregoing documents on the following CF/ECF participants;

John Fitzgerald, Assistant U.S. Trustee
Carolyn Bankowski, Trustee
Richard D. Smeloff, Esquire

I certify that I have mailed by first class mail, postage prepaid the documents electronically filed with the Court on the following non-CM/ECF participants:

Donald P. Digiacomo
27 Popple Bottom Road
Sandwich, MA 02563

/s/ Tracy A. Kish
Tracy A. Kish, Esquire
BBO# 656918
Korde & Associates, P.C.
900 Chelmsford Street, Suite 3102
Lowell, MA 01851
Tel: (978) 256-1500
bankruptcy@kordeassociates.com

18-031397 / BK01